JOHN V. VEGHTE, appellant,

*v*

WILLIAM G. STEELE, respondent.

*Mr. A. A. Clark,* for appellant.

*Mr. J. J. Bergen,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by Vice-Chancellor Van Fleet in the case below. *Gaston's Trust, 8 Stew. Eq. 60.*